**Order filed June 29, 2021.**



In The

# Fourteenth Court of Appeals
_____

## NO. 14-21-00048-CV
_____

**TARGA CHANNELVIEW LLC, Appellant**

**V.**

**VITOL AMERICAS CORP., Appellee**

---

**On Appeal from the 80th District Court
Harris County, Texas
Trial Court Cause No. 2018-90859**

---

## ORDER

The reporter's record in this case was due February 22, 2021. *See* Tex. R. App. P. 35.1. This court has granted the reporter four extensions of time to file the record, until June 22, 2021. On our last extension we stated that no further extensions would be granted. On June 22, 2021, the reporter requested an additional 22 days to complete the record. We deny her motion.

We order **Jenine Redden**, the court reporter, to file the record in this appeal **within 10 days** of the date of this order. No further extension will be entertained. If **Jenine Redden** does not timely file the record as ordered, we will issue a show cause order directing the court reporter to appear before this court on a date certain to show cause why the reporter should not be held in contempt for failing to file the record as ordered. Contempt of court is punishable by a fine and/or confinement in jail.

PER CURIAM

Panel Consists of Justices Wise, Jewell, and Zimmerer.